

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00132-CR

| | | |
|---|---|---|
| ALBERT JASON ROBLES, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1618523D) |
| v. | § | August 4, 2022 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The trial court's judgment is modified by adding the following language after "THIS SENTENCE SHALL RUN CONSECUTIVELY":

The sentence imposed by the 297th District Court on September 15, 2021, in cause number 1618334D for sexual assault of a child under 17 years of age (15 years) shall begin to run immediately. The sentence imposed by the 297th District Court on September 15, 2021, in cause number 1618523D for indecency with a child by sexual contact (5 years)

shall commence when the sentence imposed in cause number 1618334D has ceased to operate.

It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
     Justice Elizabeth Kerr